UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

THOMAS M. CAROLAN, et al. )
                       )
       Plaintiffs )
                       )
    v. )  Federal Civil Case No. WMN 02-421
                       )  Honorable William M. Nickerson, Judge
                       )
BRANCH BANKING & TRUST COMPANY, et al. )
                       )
       Defendants

## STIPULATION OF DISMISSAL AS TO DEFENDANT
## CARROLL COUNTY BANK & TRUST COMPANY

Pursuant to FRCP 41(a), it is hereby stipulated by and between Thomas M. Carolan, et al., Plaintiffs and Defendants, Branch Banking & Trust Company and Carroll County Bank & Trust Company, by their respective counsel, that the above-entitled action be dismissed without prejudice as to Defendant Carroll County Bank & Trust Company.

Dated: *April 19, 2002*      Respectfully submitted,

                          Kandel, Klitenic, Kotz, Betten & Chernow, LLP

                          By: _____
                             Jeffrey M. Kotz, Esquire, Bar No. 3281
                             502 Washington Ave., Suite 200
                             Towson, Maryland 21204
                             Attorney for Plaintiffs
                             (410)339-7100;
                             (410)339-7107 facsimile

Dated: *February 22, 2002*      PROTAS, SPIVOK, COLLINS & RUBENSTEIN, LLC

                          By: _____
                             Jordan M. Spivok, Esquire, Bar No. 01253
                             Attorney for Defendants
                             6707 Democracy Boulevard, Suite 400
                             Bethesda, Maryland 20817
                             (301) 897-2802;
                             (301) 897-5001 - facsimile

g:\marcies\bb&t\complain.cir\carolan.stip-dismissal-to-defend-carroll-co J33549

**APPROVED** THIS 24th DAY
OF *April* 20 02

_____
UNITED STATES DISTRICT JUDGE

MICROFILMED
APR 2 5 2002