KANDEL, KLITENIC, KOTZ, BETTEN & CHERNOW,
ATTORNEYS AT LAW

BALTIMORE OFFICE
WOODHOLME PROFESSIONAL BUILDING
1838 GREENE TREE ROAD, SUITE 370
BALTIMORE, MARYLAND 21208
(410) 415-0490

SUITE 200, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MARYLAND 21204-4513

(410) 339-7100
FAX: (410) 339-7107

RECEIVED
MAY 13 2002

JUDGE WILLIAM M. NICKERSON

JEFFREY M. KOTZ

May 9, 2002

The Honorable William M. Nickerson
United States District Court for
 the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re: Thomas M. Carolan, et al. v. Branch Banking & Trust
       Company, et al., Civil Action No. WMN 02-421

Dear Judge Nickerson:

  Please consider this as a joint status report in the above-referenced case.

  This case involves seventeen (17) Plaintiffs, including Thomas M. Carolan, individually, and sixteen (16) corporations and a limited liability corporation, all of whom are in the business of building homes and/or residential real estate development. In the case, Plaintiffs filed suit against Branch Banking & Trust Company ("BBT") for breach of contact and negligence in processing numerous unauthorized fund transfers between Plaintiffs' various accounts held at BBT.

  Recognizing that this case is extremely document intensive and complicated, the parties, through their counsel, have discussed the possibility of trying to reach a resolution. In fact, the parties have requested a settlement conference, and we are currently scheduled to meet with the Honorable Beth Gessner on July 15, 2002  Prior to meeting with Judge Gessner, the parties' representatives and their counsel will be meeting in June. At that time, we will be exchanging documents and trying to resolve this case.

  In the event that this matter cannot be resolved prior to or at the settlement conference with Judge Gessner, the parties jointly request that the Discovery Order in this case be amended as follows:

| | |
|---|---|
| Plaintiffs' Rule 26(a)(2) Disclosures Re Experts | August 19, 2002 |
| Defendant's Rule 26(a)(2) Disclosures Re Experts | September 16, 2002 |
| Plaintiffs' Rebuttal Rule 26(a)(2) Disclosures Re Experts | September 30, 2002 |

"__APPROVED__" THIS __13th__ DAY
OF __May__, 20__02__

_____
UNITED STATES DISTRICT JUDGE

## KANDEL, KLITENIC, KOTZ, BETTEN & CHERNOW, LLP
ATTORNEYS AT LAW

The Honorable William M. Nickerson
May 9, 2002
Page 2

| | |
|---|---|
| Rule 26(e)(2) Supplementation of Disclosures and Responses | October 7, 2002 |
| Discovery Deadline; Submission of Status Report | November 4, 2002 |
| Request for Admissions | November 11, 2002 |
| Dispositive Pre-Trial Motions Deadline | December 2, 2002 |

Thank you for your consideration.

Respectfully submitted,

_____
Jeffrey M. Kotz  Bar No. 3281
Kandel, Klitenic, Kotz, Betten & Chernow, LLP
502 Washington Avenue, Suite 200
Towson, Maryland 21204
Attorneys for Plaintiffs
(410) 339-7100
(410) 339-7107 - facsimile

_____
Jordan M. Spivok   Bar No. 01253
Protas, Spivok, Collins & Rubenstein, LLC
6707 Democracy Boulevard, Suite 400
Bethesda, Maryland 20817
Attorneys for Defendant
(301) 897-2802
(301) 897-5001 - facsimile

JMK/tsh

ck-nickerson-ltr-5.9.02