IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS M. CAROLAN          :
et al.                     :
                           :
v.                         :   Civil Action No. WMN-02-0421
                           :
BRANCH BANKING AND TRUST   :
et al.                     :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 16th day of October, 2002, by the United States District Court for the District of Maryland, ORDERED:

   1.   That Defendant's Motion to Dismiss, Paper No. 14, is denied; and

   2.   That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge