FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 14  P 1: 54

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS M. CAROLAN, et al.                *

    Plaintiffs                              *

v.                                       *      Civil Case No.: WMN 02-421

BRANCH BANKING & TRUST COMPANY           *

    Defendant                               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, stipulate that the above captioned case shall be DISMISSED, WITH PREJUDICE.

_____          _____
Jeffrey M. Kotz, Federal Bar No. 3281    Jordan M. Spivok, Federal Bar No. 01253
Kandel, Klitenic, Kotz & Betten, LLP     Protas, Spivok & Collins, LLC
Suite 610, Nottingham Centre             4550 Montgomery Avenue
502 Washington Avenue                    Suite 1125
Towson, Maryland 21204                   Bethesda, Maryland 20814
(410) 339-7100                           (301) 469-3602
Attorneys for Plaintiffs                 Attorneys for Defendant

DATE: _January 10, 2003_

APPROVED THIS 14th DAY
OF January, 2003
_____
SENIOR UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THOMAS M. CAROLAN, et al. | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) Federal Civil Case No. WMN 02-421 |
| | ) Honorable William M. Nickerson, Judge |
| | ) |
| BRANCH BANKING & TRUST COMPANY, et al. | ) |
| | ) |
| Defendants | |

<u>LINE</u>

Dear Clerk:

Please file the enclosed Stipulation of Dismissal for the above-styled matter.

Please file-stamp received the extra copy and return in the self-addressed stamped envelope. Thank you.

Dated: January 10, 2003     Respectfully submitted,

PROTAS, SPIVOK & COLLINS, LLC

By: _____
Jordan M. Spivok, Esquire
Attorney for Branch Banking & Trust Company &
4550 Montgomery Avenue, Suite 1125
North Lobby Two
Bethesda, Maryland 20814
(301) 469-3602; (301) 469-3601 - facsimile

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Line and Stipulation of Dismissal, was mailed, postage pre-paid, to Jeffrey M. Kotz, Esquire, attorney for Plaintiffs at his last known address of Kandel, Klitenic, Kotz, Betten & Chernow, LLP, 502 Washington Ave., Suite 200, Towson, Maryland 21204 this 10 day of January, 2003.

_____
Jordan M. Spivok

g:\marcie\bb&t\complain.cir\carolan.line J33549